NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Matthew M. Loker, Esq. (279939)
LOKER LAW, APC
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
matt@loker.law
(805) 994-0177

CLEAR FORM

ATTORNEY(S) FOR: Andrew Rose

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANDREW ROSE, an individual, on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION; and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,

Defendant(s).

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Andrew Rose or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Andrew Rose | Unknown at this time. |

October 29, 2023
Date

Matthew M. Loker
Signature

Attorney of record for (or name of party appearing in pro per):

Andrew Rose

CV-30 (05/13)                                    NOTICE OF INTERESTED PARTIES