Robyn E. Bladow (SBN 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: robyn.bladow@kirkland.com

Martin Roth (*pro hac vice forthcoming*)
Keith Holt (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 2200
Email: rothm@kirkland.com
Email: rothm@kirkland.com

*Attorneys for Defendant International Business Machines Corporation*

*(additional counsel on signature page)*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT

| | |
|---|---|
| ANDREW ROSE, an individual, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> International Business Machines Corp.; and Johnson & Johnson Health Care Sys., Inc., <br><br> Defendants | Case No. 2:23-cv-09123-MCS-SSC <br><br> Honorable Mark C. Scarsi <br> Courtroom 7C <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT BY INTERNATIONAL BUSINESS MACHINES CORPORATION** <br><br> Complaint Filed:    October 29, 2023 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT BY INTERNATIONAL BUSINESS MACHINES CORPORATION**

Pursuant to L.R. 7.1-1 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant International Business Machines Corporation ("IBM") discloses that there is no parent corporation or publicly held corporation that owns 10% or more of IBM's stock.

Dated: November 18, 2023

**KIRKLAND & ELLIS LLP**

　　*/s/ Robyn E. Bladow*
Robyn E. Bladow (SBN 205189)
555 South Flower Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: robyn.bladow@kirkland.com

Martin Roth (*pro hac vice forthcoming*)
Keith Holt (*pro hac vice forthcoming*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 2200
Email: rothm@kirkland.com
Email: rothm@kirkland.com

*Attorneys for Defendant International Business Machines Corporation*

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT BY INTERNATIONAL BUSINESS MACHINES CORPORATION**